UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THOMAS GERVASIO,

        Plaintiff,

v.

Civil Action No. 16-CV-00685

DIVERSIFIED CONSULTANTS, INC. ,

        Defendant,
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

| | |
|---|---|
| DATED: 3/16/2017 | DATED: 3/16/2017 |
| /s/ Seth J. Andrews | /s/ Aaron R. Easley |
| Seth J. Andrews, Esq. | Aaron R. Easley, Esq. |
| Law Offices of Kenneth Hiller | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| *Attorneys for Plaintiff* | Attorney for Defendant |
| 6000 North Bailey Avenue, Suite 1A | 3 Cross Creek Drive |
| Amherst, New York 14226 | Flemington, NJ 08822 |
| Phone: (716) 564-3288 | Phone: (908) 237-1660 |